AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**NATIONWIDE MUTUAL INSURANCE COMPANY,**

   **Plaintiff,**

**vs.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-08-1148**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE MARK R. ABEL**

**B. DIANE TAMARIZ-WALLACE, et al.,**

   **Defendants.**

  ___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X  **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed June 19, 2009, JUDGMENT is hereby entered DISMISSING this case.**

Date: June 19, 2009           JAMES BONINI, CLERK

                   */S/ Andy F. Quisumbing*
                   (By) Andy F. Quisumbing
                   Courtroom Deputy Clerk